**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leroy McCOY, Defendant–Appellant.**

**No. 12–10066.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 9, 2012.*

Filed Oct. 16, 2012.

Christina Brown, Adam McMeen Flake, Assistant U.S. Attorneys, USLV–Office of the U.S. Attorney, Robert Lawrence Ellman, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Nisha Brooks, Esquire, Brenda Weksler, Esquire, Assistant Federal Public Defenders, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before: RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

MEMORANDUM **

Leroy McCoy appeals from the 24-month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

McCoy contends that the district court erred by failing to provide specific reasons for his above-Guidelines sentence, making it impossible to determine if the court relied on impermissible factors. The record belies this contention. The district court noted McCoy's history and background and concluded that he was not amenable to supervision based on his past violations. Nothing more was required. *See United States v. Leonard,* 483 F.3d 635, 637 (9th Cir.2007).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).